IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PRAMUKHRAJ HURON LLC
*d/b/a* Hampton Inn & Suites,

Plaintiff,

v.

SELECTIVE INSURANCE COMPANY
OF AMERICA,

Defendant.

Case No. 25-829 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 6/11/2026

MONICA A. STUMP, Clerk of Court

_____
**Deputy Clerk**

Approved: _____
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**